# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2010
LT Case No. 2008-CF-011059-B

_____

BILLY SHEPPARD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Tatiana Raevsky,
Assistant Public Defender, Daytona Beach, for Appellant.

Billy Sheppard, Bonifay, pro se.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

August 20, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____